**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com
TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Alozie, a single man, | ) |
| Plaintiff, | ) Case No.: CV2:16-cv-03944-ROS |
| v. | ) **NOTICE OF DEPOSITION** |
| Arizona Board of Regents, et al., | ) |
| Defendants. | ) |

Notice is hereby given that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the following oral deposition:

DEPONENT:   Dr. Michael Crow

DATE AND TIME:  December 3, 2018 at 1:00 PM

/ / /

LOCATION: Fulton Center
300 E. University Drive, Suite 410
Tempe, AZ 85287

DATED this 26th day of September 2018.

SCHLEIER LAW OFFICES, P.C.


By /s/ Tod F. Schleier
   Tod F. Schleier
   Attorneys for Plaintiff

ORIGINAL was E-FILED this date,
and a COPY being served by ECF and
MAILED this 26th day of September 2018 to:

Michael K. Goodwin, Esq.
Ann Hobart, Esq.
Assistant Attorney's General
Arizona Attorney General Office
2005 N. Central Avenue
Phoenix, AZ 85004
Michael.Goodwin@azag.gov
Ann.Hobart@azag.gov
Attorneys for Defendants

A copy emailed this day to:

Alliance Reporting
2700 N. Central, #350
Phoenix, AZ 85004

/s/ Cindy J. Anderson