**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Alozie, | No. CV-16-03944-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

The parties seek an extension of the deadline for final supplementation of discovery. Good cause appearing, the extension will be granted. The Court will also reschedule the status conference.

Accordingly,

**IT IS ORDERED** the Motion to Extend Time (Doc. 114) is **GRANTED**. The deadline for supplementing all discovery is extended to **February 13, 2019**.

**IT IS FURTHER ORDERED** the status hearing set for **February 8, 2019**, is **RESET** for **February 21, 2019**, at **3:30 p.m.**

**IT IS FURTHER ORDERED** the deadline for the parties' revised joint statement regarding dispositive motions set for **January 22, 2019**, is **RESET** for **February 14, 2019**.

**IT IS FURTHER ORDERED** the dispositive motion deadline set for **February 19, 2019**, is **RESET** for **March 5, 2019**. The Joint Proposed Pretrial Order and other

. . .

. . .

pretrial documents shall be filed no later than **March 12, 2019** or, if dispositive motions are filed, 30 days following resolution of those motions.

Dated this 18th day of January, 2019.

*(signature)*
Honorable Roslyn O. Silver
Senior United States District Judge