**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Nicholas Alozie, | No. CV-16-03944-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

The parties submitted a stipulation limiting Plaintiff's claims and dismissing certain defendants from some claims. (Doc. 116). In the amended complaint, Counts I and II are brought against Defendants Arizona Board of Regents and Arizona State University.[1] (Doc. 22 at 14-15). Counts IV and V are brought against Defendants Roen, Tromp, Crow, Page, and Searle. (Doc. 22 at 17-18). The parties' stipulation limits the scope of Counts I and II and dismisses most of the defendants from Counts IV and V. Granting the stipulation will result in the dismissal of all claims against Roen, Crow, Page, and Searle and the complete dismissal of Count V. Good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 116) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Count One of the Amend Complaint (Doc. 22) is limited to Defendant Arizona Board of Regents and Arizona State University's nonselection of Plaintiff for the position of Dean of the College of Letters and Sciences and the decision not to grant

---

[1] The Court granted judgment on the pleadings regarding Count III. (Doc. 42)

1. Plaintiff a second interview in connection with that application.

2. Count Two of the Amended Complaint is limited to Defendant Arizona Board of Regents and Arizona State University's decision not to grant Plaintiff a second interview in connection with his application for the Dean of the College of Letters and Sciences.

3. Defendants Crow, Page, Roen, and Searle are dismissed from Counts Four and Five of the Amended Complaint with prejudice, all parties to bear their own attorneys' fees and costs.

4. Defendant Tromp is dismissed from Count Five of the Amended Complaint with prejudice, all parties to bear their own attorneys' fees and costs. Defendant Tromp shall remain a Defendant with respect to Count Four of the Amended Complaint.

Dated this 8th day of February, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge