UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Alozie, a single man, | ) |
| | ) |
| Plaintiff, | ) Case No.: CV2:16-cv-03944-ROS |
| | ) |
| v. | ) **ORDER** |
| | ) |
| Arizona Board of Regents, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Based upon the Motion to Withdraw filed by the law firm of Schleier Law Offices, P.C. and for good cause shown,

IT IS HEREBY ORDERED granting said Motion and withdrawing Tod F. Schleier and Bradley H. Schleier and SCHLEIER LAW OFFICES, P.C., as counsel for Plaintiff Nicholas Alozie.

DATED this ____ day of _____ 2019.