✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 6 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nicholas Alozie,<br>Plaintiff,<br>v.<br>Arizona Board of Regents,<br>Defendants. | No. CV-16-3944-PHX-ROS<br><br>Verdict Form |

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 6 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**JURY VERDICT**

On Plaintiff's claim of unlawful retaliation, we the jury unanimously find in favor of:

☒ Plaintiff, Nicholas Alozie

☐ Defendant, Arizona Board of Regents (ASU)

Answer the next question only if the above finding is in favor of the Plaintiff. If the above finding is in favor of the Defendant, have your Foreperson place his or her juror number in the space below and date this form because you have completed your deliberations.

What amount is Plaintiff's damages caused by Defendant's unlawful retaliation:

$ 357,000.00

Date: 8-16-21 Foreperson Juror Number 1