# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Alozie,<br><br>       Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>       Defendants. | **NO. CV-16-03944-PHX-ROS**<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 30, 2021, judgment is entered in favor of Plaintiff and against Defendant Arizona Board of Regents in the amount of $ 113,161.35.

Debra D. Lucas
District Court Executive/Clerk of Court

November 30, 2021

By   s/ S. Strong
     Deputy Clerk