**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Alozie, | No. 2:16-cv-03944-ROS |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| Arizona Board of Regents, et al., | |
| Defendants. | |

Plaintiff hereby gives notice that the Defendant Arizona Board of Regents has fully satisfied all judgments entered in this case against it.

Respectfully submitted on this 21st day of January, 2022.

CARDEN LIVESAY, LTD.

s/Joshua W. Carden
Joshua W. Carden
*Attorney for Plaintiff*



1